AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

9593031

United States of America
v.
**WILLIAM FOSTER**

*Defendant*

Case: 1:22-mj-00188
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 8/18/2022
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **WILLIAM FOSTER**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

2022.08.18
12:08:59 -04'00'

Date:  08/18/2022

*Issuing officer's signature*

City and state:  WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 08/18/22, and the person was arrested on *(date)* 8/20/2022
at *(city and state)* Washington, DC

Date: 8/23/2022

*Arresting officer's signature*

ALEX CRIEGO, DUSM
*Printed name and title*